# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144203-4

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v
                                               SC: 144203-4
                                               COA: 296509, 302136
                                               Tuscola CC: 09-011135-FH
PHILLIP WAYNE HARDY,
           Defendant-Appellant,
                                                           09-011136-FH

and

SHEILA KAY HARDY,
           Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the October 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012                                        _____
                                                        Clerk

d0416